UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

No. 7:00-M-508

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| ARMAAD RAIFORD | ) |

Leave of court is granted for the filing of the foregoing dismissal.

1/18/13
DATE:

_Robert Jones_
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE